ROBERT E. WEAVER'S CASE. June 24, 1976. A single issue is raised on
appeal from a judgment of the Superior Court denying an employee's
claim for permanent and total disability under G. L. c. 152, § 34A. In
light of the disclosure to the Superior Court judge that a supplemental
medical report from the impartial physician had been obtained in vio-
lation of the rules of the Industrial Accident Board and that the re-
viewing board had passed upon it without according the insurer an op-
portunity for rebuttal, the judge was warranted in recommitting the
case to the board to give the insurer an opportunity to rebut the report
so that a decision might be made upon a complete record. The Superior
Court has broad power to recommit a case to the board where justice so
requires. *DaLomba's Case,* 352 Mass. 598, 602 (1967). *Sabbagh's Case,*
346 Mass. 504, 507 (1963). *Johnson's Case,* 242 Mass. 489, 495-496
(1922). *Brown's Case,* 228 Mass. 31, 38 (1917). Locke, Workmen's
Compensation, § 585 (1968). It is not argued that there was error in
the ultimate decision made by the court on the record returned by the
board following remand.

*Judgment affirmed.*

*Richard L. Hull* for the employee.
*Roland I. Wood* for the insurer.